IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5-20CR0030-H |
| BRANDON CLINTON HAMNER | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about September 23, 2019, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Brandon Clinton Hamner**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Kimber .45ACP handgun, serial number K639389.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Brandon Clinton Hamner** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Kimber .45ACP handgun, serial number K639389, and 6 rounds of .45ACP ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
for EDWARD M. WHARFF IV
Special Assistant United States Attorney
Texas State Bar No. 24051510
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-775-1140
Facsimile:   806-775-7930
E-mail:      edward.wharff@usdoj.gov

**Brandon Clinton Hamner**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRANDON CLINTON HAMNER

**INDICTMENT**

COUNT 1: CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

A true bill rendered:

Lubbock                                                                    _____ Foreperson

Filed in open court this ___11th___ day of March, A.D. 2020.
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE